IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Smith, Michael D | Case Number: 04 B 44399 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 1/8/08 | Filed: 12/2/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: December 7, 2007
Confirmed: January 26, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 41,252.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 36,428.39 |
| Priority: | | 0.00 |
| Administrative: | | 1,700.00 |
| Trustee Fee: | | 1,966.58 |
| Other Funds: | | 1,157.03 |
| Totals: | 41,252.00 | 41,252.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 1,700.00 | 1,700.00 |
| 2. | RoundUp Funding LLC | Unsecured | 19,940.26 | 19,940.26 |
| 3. | Resurgent Capital Services | Unsecured | 12,502.71 | 12,502.71 |
| 4. | ECast Settlement Corp | Unsecured | 1,559.76 | 1,559.76 |
| 5. | First Consumers National Bank | Unsecured | 687.50 | 687.50 |
| 6. | Resurgent Capital Services | Unsecured | 1,738.16 | 1,738.16 |
| 7. | Chase Manhattan | Unsecured | | No Claim Filed |
| 8. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| | | | $ 38,128.39 | $ 38,128.39 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 118.18 |
| 4% | 227.35 |
| 3% | 112.27 |
| 5.5% | 618.77 |
| 5% | 187.48 |
| 4.8% | 360.01 |
| 5.4% | 342.52 |
| | $ 1,966.58 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Smith, Michael D

Printed: 1/8/08

Case Number: 04 B 44399

Judge: Goldgar, A. Benjamin

Filed: 12/2/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

